**SEALED**



BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-140 MCE |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| RICHARD CHARLES HEBERT, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 5/15/14

ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and [Proposed] Order

3