LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RICHARD HEBERT,<br><br>            Defendant. | CASE NO.  2:14-cr-00140-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>Date :  September 11, 2014<br>Time:  10:30 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

    Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

    1.   By previous order, this matter was set for status on July 24, 2014.

    2.   By this stipulation, the defendant now moves to continue the status conference until September 11, 2014, at 10:30 a.m. and to exclude time between July 24, 2014 and September 11, 2014 under Local Code T4.  The United States does not oppose this request.

    3.   The parties agree and stipulate, and request that the Court find the following:

        a.   The United States has represented that the discovery associated with this case includes investigative reports and related documents.

  b. Counsel for Mr. Hebert need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

  c. Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The United States Attorney agrees to the continuance.

  e. All counsel agrees to the continuance.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of July 24, 2014 and September 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 21, 2014

            Respectfully Submitted,

            /s/ Linda M. Parisi by e-mail authorization
            _____
            Linda M. Parisi
            Attorney for Richard Hebert

Dated: July 21, 2014      BENJAMIN B. WAGNER United States Attorney

            /s/ Linda M. Parisi by e-mail authorization
            _____
            Matthew G. Morris, Assistant U.S. Attorney
             Attorney for Plaintiff

LAW OFFICES OF
WING & PARISI
LINDA PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #84247

ATTORNEY FOR:  Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 2:14-cr-00140-MCE |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICHARD HEBERT | |
| Defendant, | |

Based on the reasons set forth in the stipulation of the parties filed on July 21, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for July 24, 2014, be vacated and that a status conference be set for September 11, 2014, at 10:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 21, 2014 stipulation, the time within which the trial of this matter must be

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

commenced under the Speedy Trial Act is excluded during the time period of July 24, 2014, through and including September 11, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

IT IS SO ORDERED.

Dated: August 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT