| | |
|---|---|
| 1 | LINDA M. PARISI, SBN 84247 |
| | LAW OFFICES OF WING & PARISI |
| 2 | 1101 E Street |
| | Sacramento, CA  95814 |
| 3 | Telephone:  (916) 441-4888 |
| | Facsimile:   (916) 441-1575 |
| 4 | Email: linda@wingparisilaw.com |
| 5 | Attorneys for Richard Hebert |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00140-MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| RICHARD HEBERT, | |
| Defendant. | Date : November 6, 2014 |
| | Time:  9:00 a.m. |
| | Judge: Honorable  Morrison C. England, Jr. |

Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 11, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until November 6, 2014, at 9:00 a.m. and to exclude time between September 11, 2014 and November 6, 2014 and under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents.

      b.      Counsel for Mr. Hebert need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

      c.      Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The United States Attorney agrees to the continuance.

      e.      All counsel agrees to the continuance.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of July 24, 2014 and September 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: September 9, 2014

                                                 Respectfully Submitted,

                                                 /s/ Linda M. Parisi by e-mail authorization

                                               Linda M. Parisi

                                               Attorney for Richard Hebert

Dated: September 9, 2014                    BENJAMIN B. WAGNER

United States Attorney

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

/s/ Linda M. Parisi by e-mail authorization

_____

Matthew G. Morris, Assistant U.S. Attorney

Attorney for Plaintiff

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on September 9, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The status conference currently set for September 11, 2014, is VACATED and a status conference is SET for November 6, 2014, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, for the reasons stated in the parties' September 9, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of September 11, 2014, through and including November 6, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

IT IS SO ORDERED.

Dated: September 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT