LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00140-MCE |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RICHARD HEBERT, | |
| Defendant. | |

Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 23, 2015.

2. By this stipulation, the defendant now moves to continue the status conference until June 4, 2015, at 9:00 a.m. and to exclude time between April 23, 2015 and June 4, 2015 and under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents.

b.   Counsel for Mr. Hebert need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

c.   Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   The United States Attorney agrees to the continuance.

e.   All counsel agrees to the continuance.

f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of February 19, 2015 and April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  April 16, 2015

                                             Respectfully Submitted,

                                             /s/ Linda M. Parisi by e-mail authorization

                                             Linda M. Parisi
                                             Attorney for Richard Hebert

Dated: April 16, 2015                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Linda M. Parisi by e-mail authorization

                                             Matthew G. Morris, Assistant U.S. Attorney
                                             Attorney for Plaintiff

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:14-cr-00140-MCE |
| Plaintiff, | ORDER |
| v. | |
| RICHARD HEBERT | |
| Defendant, | |

    Based on the reasons set forth in the stipulation of the parties filed on April 16, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for April 23, 2015, be vacated and that a status conference be set for June 4, 2015, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 16, 2015 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 23, 2015, through and including June 4, 2015 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT