BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-140 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RICHARD CHARLES HEBERT, | DATE: July 16, 2015 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 16, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until August 20, 2015, and to exclude time between July 16, 2015, and August 20, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes both paper discovery and electronic evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying other than materials that the government contends contain child pornography.  See 18 U.S.C. § 3509(m).

b)      Counsel for defendant is in trial and has retained the services of a computer

forensic analyst, whose opinions have been sent to the government.  The government is considering the defense computer report, and when defense counsel is out of trial, the parties hope to be able to meet on confer on the case.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2015 to August 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  July 14, 2015                                BENJAMIN B. WAGNER
                                                       United States Attorney

7

8                                                      /s/ MATTHEW G. MORRIS
                                                       MATTHEW G. MORRIS
9                                                      Assistant United States Attorney

10

11  Dated:  July 14, 2015                              /s/ LINDA PARISI
                                                       LINDA PARISI
12                                                     Counsel for Defendant
                                                       RICHARD CHARLES
13                                                     HEBERT

14

15                                  **ORDER**

16    IT IS SO ORDERED.

17  Dated:  July 17, 2015

18

19

20  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28