LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RICHARD HEBERT,<br><br>               Defendant. | CASE NO. 2:14-cr-00140-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

      Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

      1.    By previous order, this matter was set for status on December 3, 2015.

      2.    By this stipulation, the defendant now moves to continue the status conference until January 28, 2016, at 9:00 a.m. and to exclude time between December 3, 2015 and January 28, 2016 and under Local Code T4. The United States does not oppose this request.

      3.    The parties agree and stipulate, and request that the Court find the following:

          a.    The United States has represented that the discovery associated with this case includes investigative reports and related documents.

      b.      Counsel for Mr. Hebert need additional time to consult, to complete ongoing investigation. to review discovery, and to discuss potential resolutions, including setting the matter for trial.

      c.      Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The United States Attorney agrees to the continuance.

      e.      All counsel agrees to the continuance.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of December 3, 2015 and January 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 1, 2015

                                    Respectfully Submitted,

                                    /s/ Linda M. Parisi

                                  _____

                                  Linda M. Parisi
                                  Attorney for Richard Hebert

Dated: December 1, 2015                BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Linda M. Parisi by e-mail authorization

                                  _____
                                  Matthew G. Morris, Assistant U.S. Attorney
                                  Attorney for Plaintiff

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>   v.<br><br>RICHARD HEBERT<br>            Defendant, | Case No. 2:14-cr-00140-MCE<br><br>ORDER |

Based on the reasons set forth in the stipulation of the parties filed on December 1, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for December 3, 2015, be vacated and that a status conference be set for January 28, 2016, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 1, 2015 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of December 3, 2015 and January 28, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

    IT IS SO ORDERED.

Dated: December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT