LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00140-MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RICHARD HEBERT, | |
| Defendant. | |

   Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on January 28, 2016.

   2.   By this stipulation, the defendant now moves to continue the status conference until March 31, 2016, at 9:00 a.m. and to exclude time between January 28, 2016 and March 31, 2016 and under Local Code T4.  The United States does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

   a.   The United States Attorney and Counsel for Mr. Hebert need additional time to consult, to complete ongoing investigation to review discovery,  and to discuss potential resolutions.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

  b. Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The United States Attorney agrees to the continuance.

  e. All counsel agrees to the continuance.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of January 28, 2016 and March 31, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 26, 2016

              Respectfully Submitted,

              /s/ Linda M. Parisi

              _____

              Linda M. Parisi
              Attorney for Richard Hebert

Dated: January 26, 2016        BENJAMIN B. WAGNER
              United States Attorney

              /s/ Linda M. Parisi by e-mail authorization

              _____

              Matthew G. Morris, Assistant U.S. Attorney
              Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:14-cr-00140-MCE |
| Plaintiff, | ORDER |
| v. | |
| RICHARD HEBERT | |
| Defendant, | |

Based on the reasons set forth in the stipulation of the parties filed on January 26, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for January 28, 2016, be vacated and that a status conference be set for March 31, 2016, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 26, 2016 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of January 28, 2016 and March 31, 2016  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

    IT IS SO ORDERED.

Dated:  January 26, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT