LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00140-MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RICHARD HEBERT, | |
| Defendant. | |

Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 7, 2016.

2. By this stipulation, the defendant now moves to continue the status conference until August 4, 2016, at 10:00 a.m. and to exclude time between July 7, 2016 and August 4, 2016 and under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States Attorney and Counsel for Mr. Hebert need additional time to consult, to complete ongoing investigation, review discovery and to review and discuss the plea agreement.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

b. Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States Attorney agrees to the continuance.

e. All counsel agrees to the continuance.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of July 7, 2016 and August 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 17, 2016

    Respectfully Submitted,

    /s/ Linda M. Parisi

    _____

    Linda M. Parisi
    Attorney for Richard Hebert

Dated: June 17, 2016    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Linda M. Parisi by e-mail authorization

    _____

    Matthew G. Morris, Assistant U.S. Attorney
    Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

            Plaintiff,

  v.

RICHARD HEBERT
            Defendant,

Case No. 2:14-cr-00140-MCE

ORDER

     Based on the reasons set forth in the stipulation of the parties filed on June 17, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for July 7, 2016, be vacated and that a status conference be set for August 4, 2016, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

1  It is further ordered that, for the reasons stated in the parties' June 17, 2016 stipulation, the time
2  within which the trial of this matter must be commenced under the Speedy Trial Act is excluded
3  during the time period of July 7, 2016 and August 4, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and
4  (B)(iv) and Local Code 25.
5      IT IS SO ORDERED.
6  Dated:  June 22, 2016

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE