LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00140-MCE |
| Plaintiff, | **AMENDED STIPULATION REGARDING  EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RICHARD HEBERT, | |
| Defendant. | |

Defendant Richard Hebert, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1.     By previous order, this matter was set for status on August 25, 2016.

2.     By this amended stipulation, the defendant now moves to continue the status conference until September 22, 2016, at 10:00 a.m. and to exclude time between August 25, 2016 and September 22, 2016 and under Local Code T4.  The United States does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     The United States Attorney and Counsel for Mr. Hebert need additional time to consult and to review and discuss the plea agreement.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

b.      Counsel for defendant Mr. Hebert believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The United States Attorney agrees to the continuance.

e.      All counsel agrees to the continuance.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of August 25, 2016 and September 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  August 23, 2016

Respectfully Submitted,

/s/ Linda M. Parisi

_____
Linda M. Parisi
Attorney for Richard Hebert


Dated: August 23, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda M. Parisi by e-mail authorization

_____
Matthew G. Morris, Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:14-cr-00140-MCE |
| Plaintiff, | ORDER |
| v. | |
| RICHARD HEBERT | |
| Defendant, | |

Based on the reasons set forth in the amended stipulation of the parties filed on August 23, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   It is hereby ordered that the status conference currently set for August 25, 2016, VACATED and CONTINUED to September 22, 2016, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1  Accordingly, it is hereby ordered that, for the reasons stated in the parties' August 23, 2016,

2  stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial

3  Act is excluded during the time period of August 25, 2016 and September 22, 2016 pursuant to 18

4  U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

5          IT IS SO ORDERED.

6  Dated:  August 24, 2016

7

8  _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time