LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Richard Hebert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    v.<br><br>RICHARD HEBERT<br>                    Defendant, | Case No. 2:14-cr-00140-MCE<br><br>ORDER |

   Based on the reasons set forth in the stipulation of the parties filed on September 20, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  It is hereby ordered that the status conference currently set for September 22, 2016, is VACATED and CONTINUED to October 20, 2016, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

Accordingly, it is hereby ordered that, for the reasons stated in the parties' September 20, 2016 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of September 22, 2016 and October 20, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

IT IS SO ORDERED.

DATED: September 21, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

4