PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD HEBERT,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-140<br><br>MOTION AND PROPOSED ORDER TO DISMISS INDICTMENT |

　　　　The United States, by and through undersigned counsel, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant Richard Hebert for the following reasons:

　　　　1. On September 25, 2016, a deputy coroner confirmed that a doctor at Kaiser Hospital determined defendant Richard Hebert to be deceased, and relayed that information to officers of the Elk Grove Police Department.

　　　　2. The government received a copy of a confirmation of that fact from the Elk Grove Police Department on September 28, 2016. A redacted copy of the Elk Grove Police Department report is attached hereto as Exhibit A.

///

///

///

3. Accordingly, the United States moves the Court to dismiss the indictment against the defendant in this matter.

Dated:  September 29, 2016          PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD HEBERT,<br><br>  Defendant. | CASE NO. 2:14-CR-140<br><br>ORDER TO DISMISS INDICTMENT |

Good cause appearing, upon motion of The United States under Federal Rule of Criminal Procedure 48(a), the indictment with respect to defendant Richard Hebert is DISMISSED.

IT IS SO ORDERED.

Dated: October 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS                           3